IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MOUNTAVIUS ISAIAH TODD,  *<br>  *<br>Plaintiff,  *<br>v.  Case No. 7:21-CV-103(WLS)<br>  *<br>J.E. JARVIS, et al.,  *<br>  *<br>Defendants.  *<br>_____  * | |

## J U D G M E N T

Pursuant to this Court's Order dated December 8, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of December, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk